<div style="display:flex">

*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

**OFFICE OF THE**

# FEDERAL DEFENDER

**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
*ANDREW MOHRING
SARAH WEINMAN
Assistant Defenders

*MSBA Certified Criminal  Law Specialist

</div>

November 4, 2020

***VIA CM/ECF***

Honorable Becky R. Thorson
United States Magistrate Judge
646 Federal Building & U.S. Courthouse
316 North Robert Street
St. Paul, MN  55101

      RE:    *United States v. Branden Michael Wolfe*
                 *CR: 20-181 (PJS/BRT)*

Dear Judge Thorson:

We are in the process of finalizing the plea agreement and getting a change of plea hearing date scheduled with Judge Schiltz, so we are requesting that the  appearance at next Monday's Motions hearing on November 9, 2020 be cancelled. (We filed no motions so there are no motions to withdraw).

Sincerely,

*s/ Douglas Olson*

DOUGLAS OLSON
Assistant Federal Defender

DO/sls

cc:    David P. Steinkamp, AUSA
       Harry Jacobs, AUSA