# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Branden Michael Wolfe<br><br>　　　　　　　　　　Defendant. | Docket No. 0864 0: 0:20CR00181 – 4 (PJS/BRT)<br><br>**ORDER MODIFYING<br>CONDITIONS OF RELEASE** |

　　　IT IS HEREBY ORDERED that the condition prohibiting the defendant's contact with codefendants be vacated. All other conditions of release shall remain in effect.

Signed and executed this  21st  day of  December , 2020.

_____
Honorable Patrick J. Schiltz
U.S. District Judge