UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0181 (PJS/BRT) |
| Plaintiff, | |
| v. | |
| | ORDER |
| BRANDON MICHAEL WOLFE, | |
| Defendant. | |

---

This matter is before the Court on the defendant's second motion for an extension of time to file objections to the preliminary presentence report.  ECF No. 148.  The defendant's objections were due on March 8, 2021 and he seeks permission to file his objections on March 12, 2021 due to difficulties arranging meeting times with his counsel.

Based upon all the files, records and proceedings herein,  IT IS HEREBY ORDERED that:

1. The defendant's second Motion for Extension of Time to File Objections to the Preliminary Presentence Report [ECF No. 148] is GRANTED.

2. The deadline for submitting objections to the preliminary presentence report is extended to March 12, 2021.

Dated: March 15, 2021

 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge