**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REVOCATION

United States of America,

                   Plaintiff,

v.

Branden Michael Wolfe(4),

                   Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Katherine M. Menendez
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 20-cr-181 PJS/BRT |
| Date: | April 12, 2021 |
| Video Conference | |
| Time Commenced: | 1:02 p.m. |
| Time Concluded: | 1:08 p.m. |
| Time in Court: | 6 minutes |

APPEARANCES:

    Plaintiff: Harry Jacobs, Assistant U.S. Attorney
    Defendant: Doug Olson, Assistant Federal Public Defender
                X FPD

Date Charges Filed: 3/29/2021              Offense: multiple halfway house violation

    X Advised of Rights

on    Violation of  X Pre-trial Release

X Defendant released on previous conditions.

Additional Information:
X Defendant consents to this hearing via video conference

                                          _____ s/ JAM
                                   Signature of Courtroom Deputy