# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

|  |  |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Branden Michael Wolfe, Defendant. | **COURT MINUTES - CRIMINAL**<br>Case No:  20-CR-0181(4) (PJS/BRT)<br>Date:  May 4, 2021<br>Court Reporter:  Debra Beauvais<br>Courthouse:  Minneapolis<br>Courtroom:  14E<br>Time Commenced:  9:10 a.m.<br>Time Concluded:  10:15 a.m.<br>Sealed Hearing Time:<br>Time in Court:  1 Hour & 5 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Harry Jacobs, David Steinkamp
    For Defendant:    Doug Olson  ☒ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y |  | 41 months |  | 2 years |  |  |

Said terms to run  ☐ concurrently  ☐ consecutively

☒ Special conditions of :

See J&C for special conditions

☒ Defendant sentenced to pay:
    ☐ Fine in the amount of $.
    ☒ Restitution in the amount of $12,000,000.
    ☐ Costs of prosecution in the amount of $ to be paid .
    ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☒ Execution of sentence of imprisonment suspended until 10:00 a.m. on May 5, 2021.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted   ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

☐ Docket no.:  shall be unsealed at the time the judgment is filed.
☒ Docket nos.: 181, 188 shall remain sealed until May 5, 2026.
☐ Docket no.:  shall be sealed indefinitely.

                                                                         s/C. Glover
                                                                         Courtroom Deputy