**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

_____

No: 21-2165

_____

United States of America

Plaintiff - Appellee

v.

Branden Michael Wolfe

Defendant - Appellant

------

Appeal from U.S. District Court for the District of Minnesota
(0:20-cr-00181-PJS-4)

------

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 03, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans