Prob 12 (Rev. 11/1/2004)

# United States District Court
## for the
### DISTRICT OF MINNESOTA

**United States v. Branden Michael Wolfe**

Docket No. 0864 0:20CR00181-004(PJS)

**Petition on Supervised Release**

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Branden Michael Wolfe** who was sentenced for Conspiracy to Commit Arson on May 4, 2021, by the Honorable Chief Judge Patrick J. Schiltz, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Mental Health Counseling/Treatment/Medication
- Employment required
- Financial disclosure
- Education programming

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>MANDATORY CONDITION:</u> You must make restitution in accordance with 18 U.S.C. § 3663 and 3663A or any other statute authorizing a sentence of restitution.

The defendant was ordered to make monthly payments of at least $100. The defendant agreed to a payment plan of $25 a month on July 12, 2023. The defendant has failed to make monthly payments, or otherwise address this condition.

<u>STANDARD CONDITION:</u> You must answer truthfully the questions asked by your probation officer.

<u>SPECIAL CONDITION:</u> If you do not maintain full-time, lawful employment as deemed appropriate by the probation officer, you may be required to do community-service work for up to 20 hours per week until you become employed. You may also be required to participate in training, counseling, or daily job searching as directed by the probation officer.

The defendant has failed to maintain employment. The defendant reported to probation that he was still employed after he had become unemployed.

**SPECIAL CONDITION:** You must participate in a psychological or psychiatric counseling or treatment program as directed by the probation officer. You must contribute to the costs of such treatment as determined by the Probation Office Co-Payment program.

The defendant has entered into mental health treatment but is not expected to complete the recommendations prior to expiration of supervision.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

Extend the term of supervised release an additional six months. The defendant needs to abide by all term and conditions of supervision.

ORDER OF THE COURT

Considered and ordered this 7th day of April, 2025, and ordered filed and made a part of the records in the above case.

Patrick J. Schiltz
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on  April 7, 2025
Place  Minneapolis

Approved:

s/ Dawn Arenz
Dawn Arenz
Supervisory U.S. Probation Officer